# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                             **CASE NO: 6:12-cr-279-Orl-22KRS**

**EDWARD JAMES WEISS**

---

### ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge

(Doc. No. 19), to which there has been a Notice of No Objection filed by the Government and a

Notice of No Objection filed by the Defendant, the plea of guilty of the defendant to Count One

of the Information is now accepted and the defendant is adjudged guilty of such offense. A

sentencing hearing has been scheduled by separate notice.

**DONE and ORDERED** at Orlando, Florida this 15th day of November, 2012.

*Anne C. Conway*

ANNE C. CONWAY
United States District Judge